UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Emily Yocum, | : |
| | : |
| | : Civil Action No.:  2:11-cv-01039-TFM |
| Plaintiff, | : |
| v. | : |
| | : |
| Niagara Credit Solutions, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Emily Yocum ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 12, 2011

                Respectfully submitted,

                PLAINTIFF, Emily Yocum

                /s/ Jody B. Burton

                Jody B. Burton, Esq.
                Bar No.: 71681
                LEMBERG & ASSOCIATES L.L.C.
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Jody B. Burton

                                                 Jody B. Burton