UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Emily Yocum, | : |
| | : Civil Action No.: 2:11-cv-01039-TFM |
| Plaintiff, | : |
| v. | : |
| Niagara Credit Solutions, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Emily Yocum ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 12, 2011

    Respectfully submitted,

    PLAINTIFF, Emily Yocum

    /s/ Jody B. Burton

    Jody B. Burton, Esq.
    Bar No.: 71681
    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    jburton@lemberglaw.com

```
So ORDERED this 13th day of October, 2011.
s/Terrence F. McVerry
Judge
```

_____

_____